Stephen Brandon #1358835
Stiles Unit 3060 FM. 3514
Beaumont, Texas 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 05 2015

Abel Acosta, Clerk

August 03, 2015

RE: RETAIN A COPY OF: WRIT OF HABEAS CORPUS No.WR-71,-44-01.

Dear Clerk of The Court, Louise Pearson;

On or about the year of 2008, Attorney, Winston E.Cochran Jr., filed an 11.07 Writ of Habeas Corpus on my behalf. However I, never received a copy of this Writ, after asking Mr.Cochran on several occasions.

Mrs.Pearson, may I retain a copy of this Writ No.WR-71,44-01, I'am willing to pay the full fees the Court requiers.

Thank you for your time in this matter.

Sincerely, Stephen Brandon